FILED
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Augusta, Georgia
By jpayton at 4:02 pm, Aug 19, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Case |
| | ) | Number 11-11857 |
| SAMMIE F. LISENBEE | ) | |
| CELESTA CAROL LISENBEE | ) | |
| | ) | MC113-008 |
| Debtors | ) | |

| | | |
|---|---|---|
| JAMES T. WALTON | ) | |
| | ) | Adversary Proceeding |
| Plaintiff | ) | Number 12-01006 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMMIE F. LISENBEE | ) | |
| CELESTA CAROL LISENBEE | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

For the reasons set forth on the record at trial[1] held March 14, 2013 on James T. Walton's ("Plaintiff") Complaint to Determine Dischargeability of Debt, it is hereby ORDERED that Celesta Carol Lisenbee's ("Debtor") debt owed to Plaintiff in the

---

[1] At trial, in ruling from the bench, the Court incorrectly stated the amount of annual interest payments on the loan when reviewing the inventory listed in Exhibit O. Trial March 14, 2013, Pl.'s Ex. O. However, correcting this error does not change the conclusion that this debt is not dischargeable.

ATTEST: A TRUE COPY
Certified to October 21, 2013
Charlene March
Deputy Clerk, United States Bankruptcy Court
Southern District of Georgia

AO 72A
(Rev. 8/82)

amount of $55,767.00 is declared nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A). <u>See</u> Trial March 14, 2013, Pl.'s Exs. C and E.

_____
SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia
this 19th day of August, 2013.