Please provide a FIFA for

Case # 11-11557 (Ch 13)

Adversary Proceeding

Number 12-01006

To

James T. Walton
3514 Jamaica Dr.
Augusta, GA 30909

706-667-9492

MC113-008

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 OCT 21 PM 3:47
CLERK
SO. DIST. OF GA.